IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MARQUIS GEDDIS**,<br>    *Plaintiff*,<br><br>    v.<br><br>**HARRY MORRIS,**<br>**DAILY EXPRESS, INC.,**<br>**JOHN DOES 1-2,**<br>**ABC CORP., and XYZ CORP.,**<br>    *Defendants*. | **Civil Action File No**:<br>1:23-cv-02927-TWT |

### ENTRY OF APPEARANCE OF COUNSEL

To the Clerk of Court and all Parties of Record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff **Marquis Geddis**.

Respectfully submitted, this fourteenth day of August, 2023.

/s/Adam Klein
_____
Adam Klein
Georgia Bar No. 425032
adam@770goodlaw.com

*Attorney for Plaintiff*

**H.Q. Alex Nguyen Law Firm, LLC**
**770-GOOD-LAW**

5495 Jimmy Carter Boulevard
Suite B-17
Norcross, Georgia 30093

(770) 409-1529  PHONE
(770) 409-1526  FAX

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MARQUIS GEDDIS**, <br>     *Plaintiff*, <br><br>  v. <br><br> **HARRY MORRIS,** <br> **DAILY EXPRESS, INC.,** <br> **JOHN DOES 1-2,** <br> **ABC CORP., and XYZ CORP.,** <br>     *Defendants*. | **Civil Action File No**: <br> 1:23-cv-02927-TWT |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to counsel of record for all parties in this matter.

So certified, this 14th day of August, 2023.

/s/Adam Klein
_____
Adam Klein
Georgia Bar No. 425032
adam@770goodlaw.com
*Attorney for Plaintiff*

**H.Q. ALEX NGUYEN LAW FIRM, LLC**
**770-GOOD-LAW**

(770) 409-1529  PHONE
(770) 409-1526  FAX