IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MARQUIS GEDDIS**, <br>     *Plaintiff*, <br><br>     v. <br><br> **HARRY MORRIS,** <br> **DAILY EXPRESS, INC.,** <br> **JOHN DOES 1-2,** <br> **ABC CORP., and XYZ CORP.,** <br>     *Defendants*. | **Civil Action File No**: <br> 1:23-cv-02927-TWT |

## NOTICE OF MEET AND CONFER

COMES NOW Plaintiff MARQUIS GEDDIS, by and through the undersigned counsel, to give notice to the Court that the parties' counsel have conferred regarding the potential exchange of electronic or computer-based discovery material pursuant to the Court's August 3, 2023 Order. [Doc. 15].

The parties are in agreement that this matter is unlikely to require extraordinary electronic discovery, and have agreed to exchange documents in PDF format.

Counsel for Defendants has authorized the undersigned to so inform the Court.

This fourteenth day of August, 2023.

1

| | |
|---|---|
| | /s/Adam Klein |
| **H.Q. ALEX NGUYEN LAW FIRM, LLC** <br> **770-GOOD-LAW** | Adam Klein <br> Georgia Bar No. 425032 <br> adam@770goodlaw.com |
| 5495 Jimmy Carter Boulevard <br> Suite B-17 <br> Norcross, Georgia 30093 | Hung Q. Nguyen <br> Georgia Bar No. 940370 <br> litigation@770goodlaw.com |
| (770) 409-1529  PHONE <br> (770) 409-1526  FAX | *Attorneys for Plaintiff* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MARQUIS GEDDIS**,<br>　*Plaintiff*,<br><br>　　v.<br><br>**HARRY MORRIS,**<br>**DAILY EXPRESS, INC.,**<br>**JOHN DOES 1-2,**<br>**ABC CORP., and XYZ CORP.,**<br>　*Defendants*. | **Civil Action File No**:<br>1:23-cv-02927-TWT |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to counsel of record for all parties in this matter.

So certified, this 14th day of August, 2023.

| | |
|---|---|
| | /s/Adam Klein |
| **H.Q. ALEX NGUYEN LAW FIRM, LLC**<br>**770-GOOD-LAW**<br>(770) 409-1529  PHONE<br>(770) 409-1526  FAX | Adam Klein<br>Georgia Bar No. 425032<br>adam@770goodlaw.com<br>*Attorney for Plaintiff* |