IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARQUIS GEDDIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:23-cv-02927-TWT |
| ) | |
| HARRY MORRIS, DAILY ) | |
| EXPRESS, INC., JOHN DOES 1-2, ) | |
| ABC CORP., AND XYZ CORP., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## 5.4 CERTIFICATE OF SERVING DISCOVERY

COME NOW, Defendants Harry Morris and Daily Express, Inc., and pursuant to Federal Court rules, notify the Court that on this 12th day of September, 2023, these Defendants have electronically served upon opposing counsel copies of the following pleadings:

(1) Defendant Harris Morris' Responses to Plaintiff Marquis Geddis' First Interrogatories to Defendant Harry Morris;

(2) Defendant Harry Morris' Responses to Plaintiff Marquis Geddis' First Continuing Request for Production of Documents to Defendant Harry Morris;

(3) Defendant Daily Express, Inc.'s Responses to Plaintiff Marquis Geddis' First Interrogatories to Defendant Daily Express, Inc.; and,

(4) Defendant Daily Express, Inc.'s Responses to Plaintiff Marquis Geddis' First Continuing Request for Production of Documents to Defendant Daily Express.

Respectfully submitted this 12th day of September, 2023.

>WEBB, ZSCHUNKE, NEARY
>& DIKEMAN, LLP
>
>*/s/ Marvin D. Dikeman*
>MARVIN D. DIKEMAN
>Georgia State Bar No. 221760
>MELISSA C. MCMULLEN
>Georgia State Bar No. 187560
>***Attorneys for Defendants Harry Morris and Daily Express, Inc.***

One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Tel. 404-264-1080
Fax 404-264-4520
mdikeman@wznd.net
mmcmullen@wznd.net

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing pleading (prepared in Times New Roman 14 point font) with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

Hung Q. Nguyen, Esq.
Law Office of Hung Q. Nguyen & Associates, LLC.
5495 Jimmy Carter Boulevard, Suite B-17
Norcross, GA 30093
Alex@770goodlaw.com

This 12th day of September, 2023.

/s/ Marvin D. Dikeman
MARVIN D. DIKEMAN
Georgia State Bar No. 221760
***Attorney for Defendants Harry Morris and Daily Express, Inc.***

WEBB, ZSCHUNKE, NEARY & DIKEMAN, LLP
One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Tel. 404-264-1080
Fax 404-264-4520
mdikeman@wznd.net