IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARQUIS GEDDIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:23-cv-02927-TWT |
| | ) |
| HARRY MORRIS, DAILY | ) |
| EXPRESS, INC., JOHN DOES 1-2, | ) |
| ABC CORP., AND XYZ CORP., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF ISSUANCE OF SUBPOENAS

COMES NOW, Defendants Harry Morris and Daily Express, Inc., and hereby notify this Honorable Court and counsel for all parties that the Defendants are issuing Subpoenas for Plaintiff Marquis Geddis as to:

A)   Amero Line, LLC;

A true and correct copy of the Subpoena is attached hereto as Exhibit "A" respectively.

Respectfully submitted this 25th day of September, 2023.

          WEBB, ZSCHUNKE, NEARY
          & DIKEMAN, LLP

          */s/ Marvin D. Dikeman*
          MARVIN D. DIKEMAN
          Georgia State Bar No. 221760
          MELISSA C. MCMULLEN

                                                 Georgia State Bar No. 187560
                                                 ***Attorneys for Defendants Harry***
                                                 ***Morris and Daily Express, Inc.***

One Ameris Center, Suite 1210
3490 Piedmont Road, NE
Atlanta, Georgia 30305
(404) 264-1080 / phone
(404) 264-4520 / facsimile
*E-Mail:* mdikeman@wznd.net
*E-Mail:* mmcmullen@wznd.net

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

**Exhibit A**

| Marquis Geddis, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:23-cv-02927-TWT |
| Harry Morris, Daily Express, Inc., John Does 1-2, ABC Corp., and XYZ Corp., | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Amero Line, LLC
13769 Main Street, Suite 102, Lemont, IL 60439

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A attached

| Place: WEBB, ZSCHUNKE, NEARY & DIKEMAN, LLP<br>One Ameris Center, Suite 1210<br>3490 Piedmont Road, NE | Date and Time:<br><br>09/25/2023 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/25/2023

*CLERK OF COURT*
                                                    OR
                                                            /s/ Marvin D. Dikeman
_____                   _____
*Signature of Clerk or Deputy Clerk*                  *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Defendants Harry Morris and Daily Express, Inc., who issues or requests this subpoena, are:
Marvin D. Dikeman, Esq. 3490 Piedmont Road, NE, Suite 1210, Atlanta GA 30305; mdikeman@wznd.net

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

EXHIBIT "A"

**Definitions:** The following definitions apply to this subpoena:

**"Communications"** includes emails, messages, correspondence, and any other type of communication.

**"Plaintiff"** refers to **Marquis Geddis; DOB:**

**"Plaintiff's attorneys"** refers to Deidra Lucas' past or present attorneys, including any employees or members of their law firms.

**"Your office"** refers to any employee or member of your medical practice.

YOU ARE COMMANDED to produce the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

1. A <u>CERTIFIED COPY</u> of any and all employment records including but not limited to W9s, attendance records, disciplinary records, wages, health insurance records, employment application, etc.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARQUIS GEDDIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23-cv-02927-TWT |
| | ) |
| HARRY MORRIS, DAILY EXPRESS, | ) |
| JOHN DOE 1-2, ABC CORP., and | ) |
| XYZ CORP, | ) |
| | ) |
| Defendants. | ) |

## **CERTIFICATION OF DOCUMENTS**

I hereby certify that the attached documents are true and correct copies of the complete records pertaining to **Marquis Geddis** which are in my possession, custody, and control, and which were:

(A)   made at or near the time of the described acts, events, conditions, opinions and/or diagnosis set forth in the records;

(B)   made by or from information transmitted by a person with personal knowledge and a business duty to report; and

(C)   kept in the course of regularly conducted business activities; and

Furthermore, it is the regular practice of the undersigned facility and its providers to make records such as those attached hereto. This certification is given pursuant to O.C.G.A. 24-8-803(6) and O.C.G.A. 24-9-902(11)(12).

_____
Records Custodian for Amero Line, LLC

Sworn to and subscribed before me,
this \_\_\_ day of _____, 2023.

_____
Notary Public
My Commission Expires: _____

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing pleading **(**prepared in Times New Roman 14-point font) with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Hung Q. Nguyen, Esq.
Law Office of Hung Q. Nguyen & Associates, LLC.
5495 Jimmy Carter Boulevard, Suite B-17
Norcross, GA 30093
Alex@770goodlaw.com

This 25th day of September.

By: */s/ Marvin D. Dikeman*
MARVIN D. DIKEMAN
Georgia State Bar No. 221760
***Attorney for Defendants Harry Morris and Daily Express, Inc.***

Webb, Zschunke, Neary & Dikeman, LLP
One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Tel. 404-264-1080
Fax 404-264-4520
mdikeman@wznd.net

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned counsel hereby certifies that the foregoing pleading was prepared in Times New Roman 14-point font, in compliance with Local Rule 5.1(C).

Respectfully submitted this 25th day of September.

                                                  By:   */s/ Marvin D. Dikeman*
                                                        MARVIN D. DIKEMAN
                                                        Georgia State Bar No. 221760
                                                        ***Attorney for Defendants Harry Morris and Daily Express, Inc.***

Webb, Zschunke, Neary & Dikeman, LLP
One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Tel. 404-264-1080
Fax 404-264-4520
mdikeman@wznd.net