IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARQUIS GEDDIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:23-cv-02927-TWT |
| | ) |
| HARRY MORRIS, DAILY | ) |
| EXPRESS, INC., JOHN DOES 1-2, | ) |
| ABC CORP., AND XYZ CORP., | ) |
| | ) |
| Defendants. | ) |

## **DEFENDANTS' MOTION TO EXTEND DISCOVERY**

COME NOW Defendants Daily Express, Inc. and Harry Morris ("Defendants"), by and through the undersigned counsel, and move this Honorable Court for an Order extending the discovery period in this case by 120 days. In support of this Motion, Defendants rely upon their Brief in Support of Motion to Extend Discovery filed with this Motion.

Respectfully submitted this 20th day of November, 2023.

                                          WEBB, ZSCHUNKE, NEARY
                                        & DIKEMAN, LLP

                                        */s/ Marvin D. Dikeman*
                                        MARVIN D. DIKEMAN
                                        Georgia State Bar No. 221760
                                        MELISSA C. MCMULLEN
                                        Georgia State Bar No. 187560
                                        ***Attorneys for Defendants Harry***
                                        ***Morris and Daily Express, Inc.***

One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Tel. 404-264-1080
Fax 404-264-4520
mdikeman@wznd.net
mmcmullen@wznd.net

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing pleading (prepared in Times New Roman 14 point font) with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

Adam Klein, Esq.
Law Office of Hung Q. Nguyen & Associates, LLC.
5495 Jimmy Carter Boulevard, Suite B-17
Norcross, GA 30093
adam@770goodlaw.com
Iurii@770goodlaw.com

This 20th day of November, 2023.

/s/ Marvin D. Dikeman
MARVIN D. DIKEMAN
Georgia State Bar No. 221760
***Attorney for Defendants Harry Morris and Daily Express, Inc.***

WEBB, ZSCHUNKE, NEARY & DIKEMAN, LLP
One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Tel. 404-264-1080
Fax 404-264-4520
mdikeman@wznd.net