IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARQUIS GEDDIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:23-cv-02927-TWT |
| ) | |
| HARRY MORRIS, DAILY ) | |
| EXPRESS, INC., JOHN DOES 1-2, ) | |
| ABC CORP., AND XYZ CORP., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS' BRIEF IN SUPPORT OF MOTION TO EXTEND DISCOVERY

COME NOW Defendants Daily Express, Inc. and Harry Morris ("Defendants"), by and through the undersigned counsel, and move this Honorable Court for a 120 day extension of the discovery period and other case deadlines. In support of this Motion, Defendants show the Court as follows:

1.

Plaintiff's Complaint was initially filed in the Superior Court of Clayton County and was then removed to this Court.

2.

Per the Amended Scheduling Order [Doc. 15], discovery in this matter is scheduled to expire on November 27, 2023.

3.

Since removal of this case, the parties completed the Joint Preliminary Report and Discovery Plan and Defendants have diligently attempted to conduct discovery in this matter. This effort included the service of comprehensive Interrogatories and Requests for Production to Plaintiff as a precursor to Defendants deposing Plaintiff and related witnesses.

4.

Plaintiff served responses to the Interrogatories and Requests for Production of Documents on September 11, 2023. Review of those responses indicated that they were deficient in a number of areas. As a result, Defendants' counsel conferred with Plaintiff's counsel regarding the deficient discovery responses. In response, Plaintiff's counsel acknowledged that the responses were deficient and assured Defendants' counsel that proper responses would be forthcoming. To date, and in spite of repeated promises to do so, Plaintiff still has not provided proper and complete responses to Defendants' written discovery.

5.

Defendants show that recent efforts to directly confer with Plaintiff's counsel regarding the deficient discovery responses and the expiring discovery period have failed. However, Plaintiff's counsel did indicate in emails that in addition to serving proper responses to Defendants' discovery requests, Plaintiff's counsel would prepare and file a joint motion to seek an extension of the discovery period. Since making these assurances, Plaintiff's counsel has repeatedly reiterated his promise to supplement the discovery responses and prepare a joint motion to extend discovery, but neither has occurred. In fact, as recently as Monday November 6, 2023, Plaintiff's counsel assured Defendants that a motion to extend discovery and proper discovery responses would be provided by Friday, November 10, 2023.

6.

Defendants show that they have attempted to patiently work with Plaintiff to give him the opportunity to properly participate in discovery in this action without the need for this Court's intervention. However, that effort has failed and Defendants are left with no choice but to unilaterally seek this extension of the discovery period so they can compel Plaintiff to provide proper discovery responses and complete necessary discovery and depositions.

7.

The Parties to this action have not previously moved for an extension of time in this case and Defendants show that this request is not made for the purpose of delaying resolution of this matter.

8.

Therefore, Defendants respectfully request that this Court extend discovery and all related case deadlines set forth by 120 days.

**FOR THE FOREGOING REASONS,** Defendants pray that this Motion to Extend Discovery be granted.

Respectfully submitted this 12th day of September, 2023.

                WEBB, ZSCHUNKE, NEARY
                & DIKEMAN, LLP

                */s/ Marvin D. Dikeman*
                MARVIN D. DIKEMAN
                Georgia State Bar No. 221760
                MELISSA C. MCMULLEN
                Georgia State Bar No. 187560
                ***Attorneys for Defendants Harry Morris and Daily Express, Inc.***

One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Tel. 404-264-1080
Fax 404-264-4520
mdikeman@wznd.net
mmcmullen@wznd.net

4

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing pleading (prepared in Times New Roman 14 point font) with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

Adam Klein, Esq.
Law Office of Hung Q. Nguyen & Associates, LLC.
5495 Jimmy Carter Boulevard, Suite B-17
Norcross, GA 30093
adam@770goodlaw.com
Iurii@770goodlaw.com

This 20th day of November, 2023.

/s/ Marvin D. Dikeman
MARVIN D. DIKEMAN
Georgia State Bar No. 221760
***Attorney for Defendants Harry Morris and Daily Express, Inc.***

WEBB, ZSCHUNKE, NEARY & DIKEMAN, LLP
One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Tel. 404-264-1080
Fax 404-264-4520
mdikeman@wznd.net