IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARQUIS GEDDIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:23-cv-02927-TWT |
| ) | |
| HARRY MORRIS, DAILY ) | |
| EXPRESS, INC., JOHN DOES 1-2, ) | |
| ABC CORP., AND XYZ CORP., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

This matter is before the Court on the Defendants' Motion to Extend Discovery. Having reviewed and considered the motion, and for good cause shown, the motion is GRANTED.

Discovery is hereby extended with the following case deadlines:

<u>Discovery ends:</u> March 26, 2024

<u>Deadline for Dispositive motions:</u> April 25, 2024

<u>Deadline for Daubert motions:</u> On last day to submit pretrial Order

<u>Last day to submit pretrial Order:</u> 30 days after entry of the Court's ruling on summary judgment or, if no motions for summary judgment are filed, May 27, 2024.

SO ORDERED this 21st day of __November__, 2023.

_____
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE