IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARQUIS GEDDIS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:23-cv-02927-TWT |
| | ) |
| HARRY MORRIS, DAILY EXPRESS, INC., JOHN DOES 1-2, ABC CORP., AND XYZ CORP., | ) |
| | ) |
|    Defendants. | ) |

## DEFENDANT DAILY EXPRESS, INC.'S MOTION TO COMPEL AND FOR ATTORNEYS' FEES

**COMES NOW**, Daily Express, Inc., Defendant in the above-styled civil action (hereinafter "Defendant" or "Daily Express"), and pursuant to Fed. R. Civ. P. 37 moves this Honorable Court for an Order compelling Plaintiff to provide full and complete responses to Defendant's First Interrogatories. In support of this Motion, Daily Express replies upon the record in this case as well as its Brief filed with this Motion.

Respectfully submitted this 8th day of February, 2024.

-1-

WEBB, ZSCHUNKE, NEARY
& DIKEMAN, LLP

*/s/ Marvin D. Dikeman*
MARVIN D. DIKEMAN
Georgia State Bar No. 221760
MELISSA C. MCMULLEN
Georgia State Bar No. 187560
***Attorneys for Defendants Harry Morris and Daily Express, Inc.***

One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Tel. 404-264-1080
Fax 404-264-4520
mdikeman@wznd.net
mmcmullen@wznd.net

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing pleading (prepared in Times New Roman 14 point font) with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

Adam Klein, Esq.
Law Office of Hung Q. Nguyen & Associates, LLC.
5495 Jimmy Carter Boulevard, Suite B-17
Norcross, GA 30093
adam@770goodlaw.com
Iurii@770goodlaw.com

This 8th day of February, 2024.

/s/ Marvin D. Dikeman
MARVIN D. DIKEMAN
Georgia State Bar No. 221760
***Attorney for Defendants Harry Morris and Daily Express, Inc.***

WEBB, ZSCHUNKE, NEARY & DIKEMAN, LLP
One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Tel. 404-264-1080
Fax 404-264-4520
mdikeman@wznd.net