IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARQUIS GEDDIS,

   Plaintiff,

v.

HARRY MORRIS, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:23-CV-2927-TWT

## ORDER

This is a personal injury action. It is before the Court on the Defendants' Motion to Compel Responses to Defendants' First Interrogatories [Doc. 22]. No response to the motion has been filed and it is treated as unopposed pursuant to Local Rule 7.1. The Defendants' Motion to Compel Responses to Defendants' First Interrogatories [Doc. 22] is GRANTED. The Plaintiff is ordered to serve full and complete answers to the Defendants' First Interrogatories within 14 days from the date of this Order.

SO ORDERED, this _14_ day of March, 2024.

THOMAS W. THRASH, JR.
United States District Judge