IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARQUIS GEDDIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:23-cv-02927-TWT |
| | ) |
| HARRY MORRIS, DAILY | ) |
| EXPRESS, INC., JOHN DOES 1-2, | ) |
| ABC CORP., AND XYZ CORP., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DEFENDANTS DAILY EXPRESS, INC. AND HARRY MORRIS' MOTION TO DISMISS

**COME NOW**, Daily Express, Inc. and Harry Morris, Defendants in the above-styled civil action (hereinafter "Defendants" or "Daily Express" or "Morris"), and pursuant to Fed.R.Civ.P. 37 and Fed.R.Civ.P. 41, hereby move this Honorable Court for an Order dismissing this action with prejudice for the reasons set forth in their Brief in Support of Daily Express and Harry Morris' Motion to Dismiss filed with this Motion.

In support of this Motion, Defendants rely upon the record in this case, including this Court's March 14, 2024 Order. [Doc. 23].

Respectfully submitted this 2nd day of April, 2024.

          WEBB, ZSCHUNKE, NEARY
          & DIKEMAN, LLP

          */s/ Marvin D. Dikeman*
          MARVIN D. DIKEMAN
          Georgia State Bar No. 221760
          MELISSA C. MCMULLEN
          Georgia State Bar No. 187560
          ***Attorneys for Defendants Harry***
          ***Morris and Daily Express, Inc.***

One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Tel. 404-264-1080
Fax 404-264-4520
mdikeman@wznd.net
mmcmullen@wznd.net

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing pleading (prepared in Times New Roman 14 point font) with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

Adam Klein, Esq.
Law Office of Hung Q. Nguyen & Associates, LLC.
5495 Jimmy Carter Boulevard, Suite B-17
Norcross, GA 30093
adam@770goodlaw.com
Iurii@770goodlaw.com

This 2nd day of April, 2024.

/s/ Marvin D. Dikeman
MARVIN D. DIKEMAN
Georgia State Bar No. 221760
***Attorney for Defendants Harry Morris and Daily Express, Inc.***

WEBB, ZSCHUNKE, NEARY & DIKEMAN, LLP
One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Tel. 404-264-1080
Fax 404-264-4520
mdikeman@wznd.net