UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARQUIS GEDDIS,

     Plaintiff,

v.

HARRY MORRIS, DAILY EXPRESS,
INC., JOHN DOES 1-2, ABC CORP.,
AND XYZ CORP.,

     Defendants.

CIVIL ACTION FILE NO.:

1:23-cv-02927-TWT

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.1, please substitute Renee E. Taylor as counsel for

Plaintiff in the above-styled action in place of Adam Klein.  Please remove Adam

Klein's name from this action.  Substitute counsel's address, phone number and

Georgia bar number are as follows:

Renée E. Taylor, Esq.
GA Bar No.: 195455
Law Office of Hung Q. Nguyen & Associates, LLC
5495 Jimmy Carter Boulevard, Suite B-17
Norcross, Georgia 30093
(470) 447-2048
Renee@770goodlaw.com
Litigation@770goodlaw.com
Substitution Counsel for Plaintiff

1

All further pleadings, orders and notices should be sent to a substitute counsel.

Respectfully submitted this 09ᵗʰ day of April, 2024.

**770GOODLAW, H.Q. ALEX**
 **NGUYEN LAW FIRM, LLC.**

*/s/ Renée E. Taylor*

Renée E. Taylor, Esq.
GA State Bar No. 195455
5495 Jimmy Carter Blvd., Suite B-17    Substitute Attorney for Plaintiff
Norcross, GA 30093
(770) 409-1529 Office
(770) 409-1526 Fax
litigation@770goodlaw.com

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1 D

By signature below, counsel certifies that the foregoing document was prepared utilizing 8½" x 11" page with Times New Roman, 14-point font, double spaced, single sided, margins and page numbering all in compliance with Local Rule(s) 5.1, *et seq.*

Respectfully submitted this 09th day of April, 2024.

**770GOODLAW, H.Q. ALEX NGUYEN LAW FIRM, LLC.**

*/s/ Renée E. Taylor*
Renée E. Taylor, Esq.
GA State Bar No. 195455
Substitute Attorney for Plaintiff

5495 Jimmy Carter Blvd., Suite B-17
Norcross, GA 30093
(770) 409-1529 Office
(770) 409-1526 Fax
litigation@770goodlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed a true and correct copy of the

foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** with the Clerk of Court

utilizing the CM/ECF filing system, and served a copy of same via U.S. First Class

Mail, proper postage affixed thereto, upon:

**Marvin D. Dikeman**
**WEBB, ZSCHUNKE, NEARY & DIKEMAN, LLP**
**One Ameris Center, Suite 1210**
**3490 Piedmont Road, N.E.**
**Atlanta, GA 30305**
**mdikeman@wznd.net**

Respectfully submitted this 09th day of April, 2024.

**770GOODLAW, H.Q. ALEX**
**NGUYEN LAW FIRM, LLC.**

*/s/ Renée E. Taylor*

Renée E. Taylor, Esq.
GA State Bar No. 195455
5495 Jimmy Carter Blvd., Suite B-17     Substitute Attorney for Plaintiff
Norcross, GA 30093
(770) 409-1529 Office
(770) 409-1526 Fax
litigation@770goodlaw.com

4