UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARQUIS GEDDIS,<br><br>    Plaintiff,<br>v.<br><br>HARRY MORRIS, DAILY EXPRESS, INC., JOHN DOES 1-2, ABC CORP., AND XYZ CORP.,<br><br>    Defendants. | CIVIL ACTION FILE NO.:<br><br>1:23-cv-02927-TWT |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed a true and correct copy of the foregoing **Plaintiff's First Supplemental Response to Defendant Daily Express, Inc.'s Interrogatories to Plaintiff** with the Clerk of Court utilizing the CM/ECF filing system, and served a copy of same via U.S. First Class Mail, proper postage affixed thereto, upon:

**Marvin D. Dikeman
WEBB, ZSCHUNKE, NEARY & DIKEMAN, LLP
One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, GA 30305
mdikeman@wznd.net**

Respectfully submitted this 09th day of April, 2024.

**770GOODLAW, H.Q. ALEX NGUYEN LAW FIRM, LLC.**

*/s/ Renée E. Taylor*

Renée E. Taylor, Esq.
GA State Bar No. 195455
Substitute Attorney for Plaintiff

5495 Jimmy Carter Blvd., Suite B-17
Norcross, GA 30093
(770) 409-1529 Office
(770) 409-1526 Fax
litigation@770goodlaw.com